394 A.2d 629

Sun Oil Company of Pennsylvania v. Banghart, Appellant.

Argued June 15, 1977. Norman P. Zarwin, for appellant; Edward J. Carney, Jr., submitted a brief for appellee.

OPINION PER CURIAM: Order vacated and case remanded for consideration in light of *Atlantic Richfield Co. v. Razumic*, 480 Pa. 366, 390 A.2d 736 (1978).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

394 A.2d 629

Taylor, Appellant, v. Taylor.

Argued June 14, 1978. Stephen B. Cooper, for appellant; No appearance entered nor brief submitted for appellee.

Case remanded to the court below for filing an opinion.